```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :       CRIMINAL ACTION
                               :
        v.                     :
                               :
STACEY CRITTENTON              :       NO. 03-349-02
```

ORDER

AND NOW, this 30th day of July, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of Stacey Crittenton for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) is GRANTED; and

(2)  the term of imprisonment in this case is reduced to a total term of 151 months, with all other terms and conditions of the original sentence to remain the same.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    C.J.