IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :        CRIMINAL ACTION
                               :
          v.                   :
                               :
STACEY CRITTENTON              :        NO. 03-349-2

<u>ORDER</u>

AND NOW, this 10th day of February, 2012, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant Stacey Crittenton to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. 178) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.